UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-60554-CIV-COHN/SELTZER

DOUGLAS RUBINS and LAURA J. (RUBINS)
DUKAS,

       Plaintiffs,

v.

SALLY SUE (RUBINS) NORIEGA,

       Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION AND DENYING PLAINTIFFS' MOTION FOR SANCTIONS

**THIS CAUSE** is before the Court on Defendant's Motion for Enlargement of Time

to Comply with Scheduling Order [DE 28] ("Motion for Extension") and Plaintiffs'

Recommendation for Imposition of Sanctions for Non-attendance of Mediation

Telephone Conference [DE 33] ("Motion for Sanctions").[1]  The Court has carefully

considered all of the parties' submissions, the record in this case, and is otherwise

advised in the premises.

     This action arises out of a probate matter involving the Estate of Alfred E.

Rubins, the father of the parties.  The Complaint was filed in the Northern District of

Texas.  On April 8, 2009, the Honorable Mary Lou Robinson issued an Order Granting

in Part and Denying in Part Defendant's Motion to Dismiss, and Transferring This Case

to a Federal Court in Florida.  Judge Robinson found that the district court in the

---

     [1]     Plaintiffs filed the exact same motion as Docket Entry 32, however, it was signed by only one of the Plaintiffs.

Northern District of Texas did not possess personal jurisdiction over the Defendant and thus the case was transferred to the undersigned. The case was officially transferred to this Court on April 15, 2009.

On April 17, 2009, this Court entered a Scheduling Order [DE 16] which, among other things, requires the parties to exchange Rule 26(a) disclosures by May 8, 2009. On the same day, the Court entered an Order Requiring Mediation [DE 17] which states that the "parties shall agree upon a mediator within fifteen days form the date hereof." On July 30, 2009, Plaintiffs filed a Notice of Mediation Conference [DE 23] indicating that Plaintiffs unilaterally scheduled a mediation for August 10, 2009.

Defendant filed the Motion for Extension on August 7, 2009. There, Defendant represents that she was not provided notice of (1) the fact that this case was officially transferred to this Court, (2) the Scheduling Order [DE 16], or (3) the Order Requiring Mediation [DE 17]. Defendant states that Plaintiffs' Notice of Mediation Conference [DE 23] was first notice Defendant received since the matter was transferred to this Court.

On August 24, 2009, Plaintiffs filed the Motion for Sanctions based on Defendant's failure to attend the telephonic mediation conference scheduled by Plaintiffs for August 10, 2009. Plaintiffs request the Court to "impose sanctions for [Defendant's] non-attendance."

It appears that some confusion occurred when this case was transferred to this Court from the Northern District of Texas. Soon after receiving the Plaintiffs' Notice of Mediation Conference, Defendant filed the Motion for Extension. The Court notes that Defendant never agreed to attend the mediation. Moreover, the Motion for Extension

2

was filed before the mediation was scheduled to take place.  Accordingly, the Court will grant the Defendant's Motion for Extension and deny Plaintiffs' Motion for Sanctions.  In addition, Defendant has not responded to the Complaint following Judge Robinson's decision to grant in part Defendant's Motion to Dismiss.  Therefore, the Court will order Defendant to file a response to the Complaint no later than September 28, 2009. Finally, in light of the fact that Defendant has now appeared in this action, the Court will deny Plaintiffs' Motion for Entry of a Judgment by Default [DE 10].

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Enlargement of Time to Comply with Scheduling Order [DE 28] is **GRANTED**.  The parties shall agree upon a mediator and exchange Rule 26(a) disclosures by **October 2, 2009**.  All remaining deadlines in the Scheduling Order [DE 16] shall stand.

2. Defendant shall file a response to the Complaint no later than **September 28, 2009**.

3. Plaintiffs' Recommendation for Imposition of Sanctions for Non-attendance of Mediation Telephone Conference [DE 33] is **DENIED**.

4. Plaintiffs' Recommendation for Imposition of Sanctions for Non-attendance of Mediation Telephone Conference [DE 32] is **DENIED as moot**.

5. Plaintiffs' Motion for Entry of a Judgment by Default [DE 10] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, on this ___18th___

day of September, 2009.

JAMES I. COHN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record via CM/ECF

Douglas Rubins, *pro se*
8109 Triangle Drive
Amarillo, TX 79107

Laura J Rubins Dukas, *pro se*
P.O. Box 502
Boonesville, MS 38829

4